374 A.2d 726

Rodgers, et al., Appellants, v. Moore-Fisher
Hauling Company, et al.

Argued April 13, 1977. John L. Laubach, Jr., with him Frank A. McFerran, Jr., for appellants; Henry E. Rea, Jr., with him Brandt, Milnes, Rea & Malone, for appellees.

Decree affirmed.

VAN der VOORT, J., absent.

374 A.2d 726

Roscoe v. The Pittsburgh and Lake Erie Railroad
Company, Appellant.

Argued April 12, 1977. G. Edward Yurcon, with him Joseph T. Kosek, Jr., for appellant; Thomas L. Cooper, with him Gilardi & Cooper, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.